**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Jose Angel Serrano

Appellate case number:   01-22-00566-CV

Trial court case number:  1176366

Trial court:             County Civil Court at Law No. 4 of Harris County

On August 2, 2022, related filed this mandamus proceeding, asserting that the county court failed to transfer the cause to the probate court. It now appears that the cause has been transferred and thus this proceeding is moot. Accordingly, we ask relator to file either a motion to dismiss the original proceeding or a notice explaining why this original proceeding is not moot **on or before November 14, 2022**. If a response is not received by the deadline, this Court will dismiss the original proceeding as moot.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                      ☑Acting individually

Date: November 3, 2022